No. 77–193. Adcock *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 77–194. Vespe *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 77–200. Kaye *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 77–215. New York *v.* Abruzzi. Ct. App. N. Y. Certiorari denied.

No. 77–221. Phillips Petroleum Co. *v.* Ashland Oil, Inc., et al. C. A. 10th Cir. Certiorari denied.

No. 77–222. Christovao, dba Mercantum Trading Co. *v.* Unisul-Uniao De Coop. Transf. De Tomate Do Sul Do Tejo, S. C. R. L., et al. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 77–225. Mandel et al. *v.* Alexander, Secretary of the Army, et al. C. A. D. C. Cir. Certiorari denied.

No. 77–229. Pace *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 77–264. Brown *v.* United States. Ct. App. D. C. Certiorari denied.

No. 77–265. Higginbottom *v.* Blumenthal, Secretary of the Treasury. C. A. 5th Cir. Certiorari denied.

No. 77–272. Puget Sound Truck Lines, Inc. *v.* United States et al. C. A. 9th Cir. Certiorari denied.